UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
TELEPHONE (410) 962-7810
MDD_CDAChambers@mdd.uscourts.gov

October 31, 2023

RE:   *Cruikshank v. Boutique Air, Inc.*
      Civil No.: ELH-22-2506

Dear Counsel:

The settlement conference in this case has been reassigned to me. Please note that the conference will go forward on the previously scheduled date, Thursday, November 9, 2023 at 10:00 a.m. Please also note that all directions and guidance contained in the existing Orders concerning settlement conference issues (ECF Nos. 13 & 18) apply.

The settlement conference will be conducted virtually through the ZoomGov video conferencing platform, and a Zoom link will be circulated by my chambers a few days before the conference. I understand that the *ex parte* letters and related documents have been submitted. I look forward to seeing you on Thursday, November 9, 2023.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Charles D. Austin
United States Magistrate Judge

cc:   Judge Ellen L. Hollander